BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
YERVANT P. HAGOPIAN (Cal. Bar No. 327535)
Special Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-0732
    Facsimile:    (213) 894-0141
    Email:        yervant.hagopian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>JOSE CERVANTES-LICIA,<br><br>       Defendant. | No.  2:25-mj-03798-DUTY<br><br>NOTICE OF WITHDRAWAL OF REQUEST FOR DETENTION |

    On June 23, 2025, at 11:54 AM, I received instruction from AUSA Shawn T. Andrews, to file a notice of request for detention in this case. Accordingly, at 1:03 PM, I sent a notice of request for detention to the Court. At 1:43 PM, I received Pretrial Services' report recommending release. At 2:03 PM, I conferred with AUSA Andrews and the government determined that its concerns for nonappearance and danger were adequately placated by the conditions of release recommended by Pretrial Services.

For that reason, the government withdrew its notice of request for detention.

Dated: June 23, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                         /s/
                                        _____
                                        YERVANT P. HAGOPIAN
                                        Special Assistant United States
                                        Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA