1 | CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
2 | REBECCA M. ABEL (Bar No. 298604)
(E-Mail: rebecca_abel@fd.org)
3 | Deputy Federal Public Defender
321 East 2nd Street
4 | Los Angeles, California 90012-4202
Telephone: (213) 894-2854
5 | Facsimile: (213) 894-0081

6 | Attorneys for Defendant
JOSE CERVANTES LICEA
7

8

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13 | UNITED STATES OF AMERICA,    Case No. 2:25-mj-03798-DUTY

14 |            Plaintiff,    **NOTICE OF REASSIGNMENT**

15 |        v.

16 | JOSE CERVANTES LICEA,

17 |            Defendant.

18

19 |         Notice is hereby given that Deputy Federal Public Defender Rebecca M. Abel has

20 | been reassigned to represent Defendant Jose Cervantes Licea, in place and stead of

21 | Deputy Federal Public Defender Charles Snyder.

22 | ///

23 | ///

24 | ///

25

26

27

28

1         Please make all necessary changes to the Court's Case Management/Electronic

2    Case Filing System to accurately reflect this appearance and to ensure that defense

3    counsel receives all notifications relating to filings in this case.

4                                          Respectfully submitted,

5                                          CUAUHETMOC ORTEGA
                                      Federal Public Defender

6

7    DATED: July 9, 2025              By */s/ Rebecca M. Abel*

8                                          REBECCA M. ABEL
                                      Deputy Federal Public Defender

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28