Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2025 JUN 23 AM 9:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MPV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | 2:25-mj-03798 |
| Jose CERVANTES-Licea | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/20/2025 at 2:50 ☐ AM ☒ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 111(a)(1) - Assault on a Federal Officer

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: ___

7. Year of Birth: 1994

8. Defendant has retained counsel:  ☐ No
   ☐ Yes  Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: ___

10. Remarks (if any): ___

11. Name: Collin Murphy   (please print)

12. Office Phone Number: 562-355-6899      13. Agency: HSI

14. Signature: COLLIN M MURPHY (Digitally signed by COLLIN M MURPHY Date: 2025.06.22 14:21:24 -07'00')   15. Date: 06/23/2025

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION