1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  Rebecca M. Abel  (Bar No. 298604)
   Deputy Federal Public Defender
3  (E-mail:  rebecca_abel@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone:  (213) 894-2854
5  Facsimile:  (213) 894-0081

6  Attorneys for Defendant

7



8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11
   UNITED STATES OF AMERICA,          Case No. 2:25-MJ-3798-DUTY
12
              Plaintiff,
13                                     **ASSERTION OF FIFTH AND SIXTH
         v.                            AMENDMENT RIGHTS**
14
15  Jose Cervantes Licea
              Defendant.
16

17       I, the above named defendant, hereby assert my Fifth and Sixth Amendment

18  rights to remain silent and to have counsel present at any and all of my interactions with

19  the government or others acting on the government's behalf.  I do not wish to, and will

20  not, waive any of my constitutional rights except in the presence of counsel.  I do not

21  want the government or others acting on the government's behalf to question me, or to

22  contact me seeking my waiver of any rights, unless my counsel is present.

23                                     Translated into _Spanish_ by:
24  _Jose C._                          _Jesus Rivera_
    (Defendant's signature)            (Interpreter's name printed & signature)
25
26  _R M Abel_                         Date:_6/23/25_ Time:_____a.m./p.m.
27  Rebecca M. Abel, DFPD

28