FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:25-mj-03798-DUTY |
| v. | |
| JOSÉ CERVANTES LICEA, | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, __JOSE CERVANTES LICEA__, declare that
  (Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

→ My passport card is in the possession of federal authorities.
→ booklet

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __23rd__ day of __June__, 20__25__
at __Los Angeles, California__
     (City and State)

X __Jose Cervantes__
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, __Jesús Rivera__, am fluent in written and spoken English and __SPANISH__ languages. I accurately translated this form from English into __SPANISH__ to declarant __JOSÉ CERVANTES LICEA__ on this date.

Date: __6/23/25__

__[signature]__
Interpreter

CR-37 (05/15)         DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS