BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5046
    Facsimile: (213) 894-0141
    E-mail:   jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03798-DUTY |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT** |
| v. | |
| JOSE CERVANTES LICEA, | **Current PIA Date:** 07-18-25<br>**[Proposed] PIA Date:** 07-24-25 |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jena A. MacCabe, and defendant JOSE CERVANTES LICEA ("defendant"), by and through his counsel of record, Deputy Federal Public Defender Rebecca M. Abel, hereby stipulate and request as follows:

    1.   On June 22, 2025, a complaint was filed in this case, which charges defendant with Assaulting a Federal Officer or Employee, in violation of 18 U.S.C. § 111(a)(1). (Dkt. 1.)

    2.   On June 23, 2025, defendant made his initial appearance on the complaint. (Dkt. 8.) The Court set defendant's preliminary

1 hearing for July 14, 2025, at 11:30 a.m., and his post-indictment
2 arraignment for July 18, 2025, at 11:30 a.m.  (Id.; Dkt. 12.)
3    3.   On July 9, 2025, defendant filed a waiver of preliminary
4 hearing.  (Dkt. 5.)
5    4.   The parties jointly request that the Court continue the
6 post-indictment arraignment in this case to July 24, 2025, at 11:30
7 a.m.

Dated: July 17, 2025                Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


       /s/
JENA A. MACCABE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA



       /s/ (w/ email authorization)
REBECCA M. ABEL
Deputy Federal Public Defender

Attorney for Defendant
JOSE CERVANTES LICEA