*United States Probation & Pretrial Services*

### United States District Court
### Central District of California



**Brian D. Karth**
District Court Executive / Clerk of Court

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer

**FILED**
CLERK, U.S. DISTRICT COURT

**7/16/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

PACTS No: 10105533

### Passport Receipt

Defendant Name: Jose Cervantes Licea

Name on passport, if different:

Country of Origin:  U.S. Passport Card

Ordered by court in the Central District of California

Docket Number:  **0973 2:25-03798M-1**

U.S. Probation & Pretrial Services
Roybal

| | | |
|---|---|---|
| Jose Cervantes Licea _Jose Cervantes_ | | 07/07/25 |
| Surrendered By | | Date |
| Lilia Flores | | 07/07/25 |
| Received By | | Date |
| | | |
| Returned To | | Date |
| | | |
| Surrendered By | | Date |

Purpose Returned

Address (if mailed)