FILED
CLERK, U.S. DISTRICT COURT

7/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JOSE CERVANTES LICEA,<br><br>      Defendant. | No. 2:25-CR-00602-MWC<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer]<br><br>**[CLASS A MISDEMEANOR]** |
|---|---|

The United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about June 20, 2025, in Los Angeles County, within the Central District of California, defendant JOSE CERVANTES LICEA intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim C.M., an employee of United States Customs

//

//

1 and Border Protection, while C.M. was engaged in, and on account of,
2 the performance of C.M.'s official duties.

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

JENA A. MACCABE
Assistant United States Attorney
Violent & Organized Crime Section