UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:25-cr-00602-MWC | Date: 7/24/2025 |
| Present: The Honorable: Jacqueline Chooljian, United States Magistrate Judge | |
| Interpreter: Thomas Kavelin | Language: Spanish |
| Kerri Hays | CS 07/24/2025 | Alex Sandman |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Released on Bond    Attorneys for Defendants:  ✓ Present  DFPD

Jose Cervantes Licea        Rebecca M. Abel

**Proceedings: Arraignment of Defendant and/or**    ✓ Assignment of Case    Appointment of Counsel
                                                      Initial Appearance

\* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Thomas Kavelin; Language: Spanish

\* Defendant states true name is the name on the Information.

\* Defendant is arraigned under name on the Information.

\* Defendant acknowledges having read the Information and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the Information.

\* This case is assigned to Judge Michelle Williams Court.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 09/08/2025 8:30 AM;

Pre-Trial Conference: 08/29/2025 10:00 AM

\* The last day to hear motions is the same date and time as the Final Pretrial Conference. A Joint Report is due 14 days from the PIA hearing. The parties are referred to Judge Court's Procedures and Schedules to obtain a copy of the Judge's Criminal Standing Order located on the Court's website at www.cacd.uscourts.gov/honorable-michelle-williams-court. Judge Court is located in 6A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA  PSAED  PSASA
    USMLA  USMED  USMSA
    Statistics Clerk    ✓ Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 06
Initials of Deputy Clerk: KH by TRB