# EXHIBIT A

## DECLARATION OF ALEJANDRO VILLASEÑOR

I, ALEJANDRO VILLASEÑOR, declare as follows:

1. I am an investigator with the Office of the Federal Public Defender in Los Angeles, California, and am assigned to the case of Jose Cervantes-Licea.

2. Mr. Cervantes-Licea was charged in U.S. District Court Central District of California in case number 2:25-cr-00602-1, with Simple Assault on a Federal Officer (18 U.S.C § 111(a)(1)).

3. In the course of my investigation, I was able to locate and speak with Ashley Junco, who on June 20, 2025 was walking past Jack's Car Wash (Jack's), located at 7030 Atlantic Ave., Bell, CA 90201, and used her cell phone to record some of the events that transpired at Jack's.

4. I received a true an accurate copy of video footage she took at Jack's on June 20, 2025 from Ashley Junco, electronically via AirDrop.

5. On July 14, 2025 and August 6, 2025, in the course of my investigation, I interviewed, over the phone, Mr. Manuel De Jesus Aguas (Manuel), an ex-employee at Jack's Car Wash located at 7030 Atlantic Ave., Bell, CA 90201. I had to interview Manuel over the phone since he had already been deported back to Mexico.

6. Attached as Exhibit D are two interview memoranda I prepared following each of my interviews with Manuel. These memoranda are true and correct statements of the information conveyed by Manuel during the two calls.


Initials

7.  If called as a witness, I will competently testify to the facts stated herein.

I declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and recollection.

DATED: 01/16/2026

_____
ALEJANDRO VILLASEÑOR

AV
‾‾‾‾
Initials