# EXHIBIT F

# T R A N S L A T I O N

To: Judge Michel Williams Court

Hello, your honor, I am Jose Cervantes Licea's mom. Jose, my son, is hardworking, home-loving young man without vices, a dreamer and with goals in life. He is Catholic, he is married and has a cute daughter. He goes to mass on Sundays with his family; he goes from work to home. Jose Cervantes Licea was born in Heward on November 11, 1994. When he was six months old, we returned to the State of Michoacan, Mexico, to a town called Pajacuaran. He lived his childhood and part of his teenage years there. He was baptized, confirmed and he received his first Communion. He went to preschool, elementary and secondary school. He was a boy and teenager who always wanted to help his dad and me. His dad taught him about cars and to drive. He wanted to learn and help him.

When he was 13, during his vacations, he was invited by his friend to work in construction, he asked us for permission, but we told him he was too young, but he asked us to let him work. He went to work and after his first week and his first paycheck he was very happy and gave me half his pay because he wanted to help me with the house expenses, and he was very happy with his first job.

When he was a teenager, life surprised us when his dad left to work in the purchase of gold with a group of people and he never came back home. We were left in poverty and in difficult circumstances without his support, so as the older brother and a teenager he felt the responsibility to support me and work because his dad was no longer present. He was mature at a young age and realized that life was not easy.

A family member who lived in Heward told me to allow him to come to this country so that he could continue to study since he had been born in this country and as he would have more opportunities. Despite the pain in my heart and worry, I allowed him to come.

He was registered in school, but he was always worried about me and his siblings as they were very young, and we were by ourselves. One day he called me and told me that he was sending me some money. I asked him where he got it from or who had given it to him, and he told me that he was gathering cardboard to sell and that he was sending me that money to help me. I felt sad because it was not his responsibility. He told me that he was going to study and work because he wanted to keep helping me. Later, he called me to ask me to tell his tutor (or counselor) to allow him to work because he was a minor. He started working at a car wash and kept helping me financially so that his siblings could keep going to school. He was always attentive to his siblings; they studied all through high school. He took responsibility that was not his, but

T R A N S L A T I O N

it was necessary given the circumstances we were living in.

My son Jose would visit us every Christmas. I saw my son as a Santa Claus because he would arrive with presents for his siblings, and we will spend Christmas together as a family. It was sad when he had to return to this country. Years went by and I always wanted to be Christmas so that he would be with us. His dream was always to petition us once he turned 21 years old so that we could come to this country and have a better life.  Thank God and to his efforts and his dream and his job, God gave him that gift. Thanks to him we are living a different life in this country than what we lived in Mexico.

He is a good son and a good brother. Even though he arrived in this country as a teenager he did not pick up any vices. He has tried to do things right. He doesn't deserve where he is right now, how he was treated when arrested and taken to jail along with dangerous people. My son was only helping a friend.

My son is not a bad person nor a danger to society. Therefore, I ask you to consider all those traumas he went through those three days in jail. It impacted him very much and to see himself in the news on TV how he was thrown onto the floor and how they jumped on him as if he were a dangerous criminal. From the moment he was detained, we went to ask about him, but no one told us anything and we would be sent to one place after another one. We did not know anything about him for three days; the anxiety, desperation, and worry and cry and great pain for a mother not knowing about her son. He has been living here in Los Angeles for 14 years. I hope that what I write about my son Jose Cervantes Lucia shows he is not a danger to society.

Sincerely,
His mom, Leticia Licea Lopez
Date: 10-14-25

Para Judge Michel Williams Court.

Hola Señora Jueza soy la mamá de
Jose Cervantes Licea quien es mi hijo Jose
el es un muchacho trabajador hogareño sin
vicios soñador y con metas en la vida es catolico
Casado y tiene una linda niña y los domingos
va a misa con su familia el va del trabajoa
su casa. Jose Cervantes Licea nacio en Heward.
noviembre 11 de 1994 Cuando tenia 6 meses regresa-
mos a Mexico al estado de Michoacán a un pueblo
que se yama pajacuaran vivio su niñez y parte de
su adolecencia ahi fue bautizado confirmado
y iso su primera comunion y casado estudio
preescolar primaria y seccandaria fue un niño y
adolecente que siempre queria ayudar a su
papá y a mi su papa le enceño sobre los
carros lo enseño a manegar el queria
saperder y ayudarle
Cuando tenia 13 años en sus vacaciones
lo invitaron a trabajar su amigo a
la construcion y nos pidio permiso le dijimos
que era muy chico pero nos dijo que lo
dejaramos trabajar y se fue a trabajar
en su primera semana que le pagaron
llego muy contento y medio la mitad
de su pago porque el me queria ayudar
con los gastos de la casa y el contento
iva a trabajar en su primer trabajo

4

y siendo un adolecente la vida nos dio
una sorpresa su papá salio a trabajar
con un grupo de personas en la compra
de oro y ya no regreso a casa teniendo
una situacion dificil y de pobreza por
no estar el sustentaba a la familia
el como hijo mayor hombre y siendo
un adolecente sintio una responsavilidad
de apoyandome a trabajar por que ya no
estaba su papá maduro a muy temprana
edad viendo que la vida no era facil
un familiar que vivia en Heward me dijo
que lo dejara venir a este pais para que
siguiera estudiando ya que el nacio aqui
en este pais y tendría mas oportunidades
con todo el dolor de mi corazón y preocupacion
lo deje venir
lo entraron a la escuela pero siempre enso
mente tenia la preocupacion de mi y sus
hermanos que heran pequeños que estabamos
solos. un dia me marco y medyo que me
mandada pozuito dinero yo le pregunte que
de donde lo havia sacado o quien se lo dio
y el medyo que se puso a jontar cortón
y lo havia vendido que me lo mandaba
para ayudarme me senti triste por que
no era su responsabilidad el medyo
mama que el iba a estudir y trabajar

5

por que el queria seguir ayudandome
y despues me marco para que le diyera
a su tutor que le diera el permiso
para trabajar por ser menor de edad.
el empeso trabajando en el auto lavado
y me sigui ayudando economicamente para
que su hermanos siguieran estudiando
siempre estuvo al pendiente de sus hemanos
ellos estudiaron asta la preparatoria
tomando una responsavilidad que no
le tocaba. pero que hera necesaria por la
situacion que viviamos
mi hijo Jose nos visitaba en cada Navidad
yo miraba a mi hijo como un Sata Clous
llegaba con regalos para sus hermanos y
asi pasabamos la navidad en familia
tristesa cuando el regresaba a este pais
asi pasaron los años siempre queria que
fuera navidad para que estuviera con.
nosotros. el siempre tuvo su sueño de
que el cumpliera sus 21 años pudiera a
arreglarnos documentos para poder venir
a este pais y tener mejor vida de la
que estavamos pasando. Gracias a Dios a
su esfuerzo a su sueño y a su trabaja
dios le dio ese regalo gracias a el
estamos en este pais viviendo una
vida diferente a la que viviamos en México

6

el es un buen hijo y un buen hermano a pesar que llego a este pais siendo un adolecente no agarro ningun visio el a tratado de acer las cosas vien El no merece lo que esta en estos momentos como fue tratado cuando lo detuvieron y lo llevaron a la Carcel junto con personas peligrosas por lo que mi hijo hizo solamente fue ayudar a un amigo.

Mi hijo no es mala persona el no es un peligro para la sociedad por eso le pido que considere por todos los traumas que esta pasando esos 3 dias en la carcel an quedado muy marcado para el y verce en las noticias por la televicion como lo aventaron al piso y se le fueron ensima como si fuera un delincuente peligroso desde el momento que lo detuvieron fuimos a preguntar por el nadien nos daba una respuesta nos mandaban de un lado para el otro fueron 3 dias sin saber de el nada fue una angustia desesperacion preocupacion llanto y un gran dolor de madre por no saver de su hijo el lleva 14 años viviendo aqui en los Angeles ~~y nunca~~ ~~se aporrado de pleito~~ espero que lo que le escrivo de la vida de mi hijo Jose Cervantes Licea no es un peligro para la Sociedad. Att. Su mama Leticia Licea Lopez fecha 10-14-25

T R A N S L A T I O N

October 14, 2025

To: Judge Michelle Williams Court.

Honorable judge, I hope you are well. It is a pleasure to greet you.

My name is Vanesa Fajardo, and I am Jose Cervantes Licea's wife. Through this letter I want to tell you what my husband means to me. I have known my husband since I was a teenager because we come from the same town.

We started treating each other as partners in December of 2018 and in January of 2019 we started dating. We had a long-distance relationship for two years. He would go to Mexico to see me whenever he could, and he would always be present in our relationship by means of a call or a message.

He moved to the United States when he was 14 years old to support his family when most needed and he knew that financially he was going to do better.  He worked in Mexico since his father left and even when he was by his side. He continued to study and work at the same time.

When we were dating, he would tell me about his dreams and one of them was to have a family and to bring his whole family to the United States.
He has always supported his family financially and morally.
Among his unique qualities are, he is too hard working, responsible, honest, he has no vices, he is protective and good administrator of his money. These are some of the reasons why I fell in love with him. Not only as a husband but as a person he is very loving, romantic, detailed oriented, and respectful to me.
In the year 2021 he asked me to marry him, and he gave me a beautiful ring. He organized things so well that everything was perfect at the time of asking me to be his wife. We got engaged and one year later we were married in the church. He made our dream come true. It was a dream wedding. He worked very hard to make it happen and to afford our wedding. He had two jobs so that he could save and make it possible. We got married and I came with him to the United States and here we got married legally in April 2022. We had a beautiful daughter in October 2022. Her name is Natalie. During that same year, he fulfilled another part of his dream, my immigration status so that I could be close to the family we built. After some time, he completely fulfilled his dream because his whole family came to this country of opportunities.  He was able to bring them close to him. As a husband, he is responsible, attentive, loving, romantic, protective and respectful. He is even better as a father. He is our daughter's superhero. They are very close emotionally and physically. It is admirable how much they love each

# TRANSLATION

other and how much they want to be together always. He is very present in the life of
our daughter; he is loving and protective. In my view, my husband does not deserve to
be away from us, his family needs him, mainly his daughter.

As his wife, I can say that he learned his lesson very well from what happened.
In my view, he is someone who does not get into trouble, he has values and education,
and he knows to accept responsibility when he is wrong and face those circumstances.
He is a man of honor, of good values, human as well as civic values. He is a good person
for society and for our family.

I thank you, honorable judge, for reading my letter. God bless you. Thank you very
much.

Sincerely,
Vanessa del Carmen Fajardo Cerna
(signature)

Oct 14, 2025.

Para: Judge Michelle Williams Cart

Honorable Jueza, espero se encuentre bien.
Es un gusto saludarle.
Mi nombre es Vanesa Fajardo y soy esposa de
Jose Cervantes Licea. Quisiera hablarle de lo que
es mi esposo para mí, a través de esta carta.
Yo conozco a mi esposo desde mi adolescencia, ya
que somos del mismo pueblo.
Nos empezamos a tratar como pareja desde el
año 2018 en el mes de diciembre y en el mes
de enero de 2019 nos hicimos novios.
Tuvimos una relación a distancia por 2 años, en
el cual, el iba a verme a México cada que podía
y siempre estuvo presente en nuestra relación a
través de una llamada o mensaje.
El desde que tenía 14 años de edad, se vino a
vivir a Estados Unidos para apoyar a su
familia en los momentos que más lo necesita-
ban y sabía que economicamente aquí le iba
ir mejor, ya que desde que el vivía en México
el trabajo desde que faltó su padre, e incluso
cuando estaba a su lado. Lo cual el tambien
siguio estudiando y trabajando en el mismo
tiempo.
Cuando éramos novios, él siempre me platicaba
sus sueños y uno de ellos siempre fue formar
una familia y traer a toda su familia para los
Estados Unidos.

10

El siempre a sido un hijo ejemplar, responsable, amoroso; y como un hermano mayor es admirable y respetuoso.

Siempre a apoyado a su familia tanto económicamente como moralmente.

Entre sus cualidades únicas, él es demasiado trabajador, responsable, honrado, una persona sin ningún vicio, protector y administrado con su dinero. Esas son unas de las principales razones por la que yo me enamoré de él. Independientemente de que como esposo y persona él es muy amoroso, romantico, detallista y respetuoso conmigo.

En el año 2021 él me pidió matrimonio, me dio un anillo hermoso. Organizo todo tan bien, para que fuera perfecto a la hora de pedirme ser su esposa. Nos comprometimos y al año nos casamos por la iglesia. El hizo nuestro sueño realidad, una boda de ensueño. El se esforzo demasiado para poder cumplirlo y solventar los gastos de nuestra boda, el tenía 2 trabajos para poder ahorrar y hacerlo posible.

Nos casamos y me vine con el a Estados Unidos, aqui nos casamos por el civil en abril del 2022, Tuvimos una niña hermosa en octubre del 2022. Su nombre es Natalie. En el transcurso de ese año el cumplio otra parte de su sueño, me arreglo mis documentos para poder estar cerca de la familia que

11

formamos. Al poco tiempo, también cumplió su sueño por completo.

Su familia estaba completa en este país con tantas oportunidades, los pudo traer a su lado. Como esposo el es una persona responsable, atento, amoroso, romántico, protector y respetuoso. Pero como padre es aún mejor. Es el súper héroe de nuestra hija.

Tienen un gran apego emocional y físico ambos, es de admirarse lo mucho que se aman y lo mucho que desean estar juntos siempre. El es un padre muy presente en la vida de nuestra hija, amoroso y protector.

A mi punto de vista, mi esposo no merece estar lejos de nosotros, su familia lo necesita y sobre todo su hija.

Como esposa puedo decir que él aprendió la lección muy bien ante lo sucedido.

A mi ver, él es una persona que no se mete en problemas y ante sus valores y educación el sabe ser una persona que cuando se equivoca es responsable y enfrenta la situación.

Es un hombre de honor, con buenos valores tanto humanos como cívicos. El es una buena persona para la sociedad y para nuestra familia.

Agradezco que haya leído mi carta honorable Jueza, Dios la bendiga. Muchas gracias.
Atentamente: Vanesa del Carmen Fajardo Cerna

12

Oct - 14 - 2025

# T R A N S L A T I O N

To: Judge Michelle Williams Court

I am Francisco Javier Cervantes, Jose Cervantes Licea's younger brother. I can describe my brother as a very humane, admirable, social, respectable, noble, kind, humble person and above all hard working, someone who cares for his family and friends and someone who is always willing to help others without expecting anything in return. To me, he has always been a very admirable person because I have known him and I know how he is, he achieves every goal he sets his mind to, and he is a man of word and does what he promises. Since I was very little, when I was four years old, I did not know all the radical changes in our lives at the time, in my life's or siblings' or mom's life. I didn't assimilate how everything was like when we didn't have our father. I didn't really know what we were going through. After some time, my brother came here to the USA for a better future and to complete his studies. I know he was very worried to leave us, his siblings, and most of all my mom as a single mom by ourselves. My brother's goal was to complete his high school, but he decided to quit, and he did it to give us a better future and help my mom. As the older brother, he assumed since very young the position of the father we never had. For us, his siblings, and for mom, he is strong. He along with my mom's strength kept us standing and I say that he is strong because we are four siblings, and he took care of us all the time. It was hard because we were very little and my brother was always, always with us. During our school years, he would tell us what we needed, and he was always attentive to make sure we didn't go without. He supported my mom to get us school supplies for all of us. I remember when I finished secondary school, he gave me my first phone and I was very touched because I had never had one. When we started high school, without us knowing, he bought a laptop for all of us to do our schoolwork, so we did not have to go somewhere else to do the schoolwork. This was very helpful because later the pandemic arrived and everything was remote. We had to use our phones all the time and our laptop facilitated us doing our work without a problem. I've always been thankful for having him as my brother. When I say that he has been there for us is because he has maybe not physically all the time, but he is always there to give us what we need. For my birthday, my mom would make my favorite food, that was my best gift. My brother would always send me and buy me the cake I liked. When I turned 18, he gave me a motorcycle and I was very happy and thankful. He always tried to go every December to spend Christmas and New Years together with the family. When he visited, he would always bring clothes and shoes so that we would be clothed, and we would enjoy the time he spent with us as a family. One of his goals was to bring us here to the USA for a better future and he made it. I reiterate that he played a very special role in our lives, the role of a father.

T R A N S L A T I O N

He's the one I go to for advice, he is my advocate, he's like a teacher to me because he
always took care of us, supported us, his siblings. I'm extremely thankful because I know
that he has, like everyone else, gone through bad times, sad moments, he had difficult
times, but he never showed that to us. Now that I am here, I realize and understand
why he would always tell us to take care of things because I know how they are earned
and the effort it takes to achieve them through work and dedication. I also know that he
may have been with good people that helped him and others who didn't. Despite all
that, he kept strong, and he never left us to our own devices. He's not a bad person to
others; he never left us or took a bad path. Thanks to him, life without him would have
been more difficult and much less fun.

I hope this is helpful to you your honor, and I affirm that everything I said is true.

Name: Francisco Javier Cervantes Licea

(Signature)

Date: 10-14-25

Para: Judge Michelle Williams Court.

Soy Francisco Javier Cervantes Licea, el
hermano menor del presente Jose Cervantes Licea,
como yo podria describir a mi hermano, como
una persona muy humana, admirable, social
respetable, noble, amable, humilde, sobre todo
trabajador, que se preocupa por su familia, amigos
y que ademas siempre esta dispuesto dispuesto
a ayudar a los demas sin pensar en recibir
nada a cambio, el siempre ha sido una persona
muy admirable para mi, por que yo lo he
conocido, como es el, se que cada cosa que se
propone como meta lo hace, se que es de palabra
y cumple con lo que promete. Yo desde muy
pequeño cuando tenia 4 años no sabia todo el
cambio radical que paso en nuestras vidas de
mis hermanos, mama y mia, no asimilaba como
era todo cuando llego a faltar mi padre, realmente
no sabia toda lo que estavamos pasando, paso
el tiempo, mi hermano vino aqui a USA. por
un mejor futuro a terminar sus estudios, se
que el sintio preocupacion al dejarnos a nosotros
sus hermanos y mas que nada a mi mama
estando sola, mi hermano apunto de terminar
sus estudios en preparatoria, tomo la decision
de dejarlos, lo hizo para darnos a nosotros un
mejor futuro y ayudar a mi mama, el

15

como hermano mayor bairon desde muy
joven se puso el puesto del padre que nunca
tuvimos, el es forte para nosotros sus hermanos
tanto como para mi mamá, el junto al esfuerzo
de mamá nos matuvieron de pie, y digo que
el es fuerte por que somos 4 hermanos y foe
realmente cuidamos todo el tiempo, foe difícil
estando pequeños, mi hermano siempre, siempre,
estuvo para nosotros, en la etapa de ir a la
escuela el siempre nos decía que ocupabamos y
el siempre estava atento a que nada nos faltara,
apoyaba a mi mamá para que nos comprara
útiles a todos, recuerdo cuando sali de la
secundaria el me regalo mi primer telefono y
yo estaba muy emocionado por que nunca
habia tenido uno, y cuando empece a ir a la
preporatoria sin que nosotros se lo pidieramos
el nos compro una laptop para todos y hacer
nuestros trabajos de escuela y no tener que ir a
otros lugares fuera para hacerlos, foe de una gran
ayuda por que despues vino la pandemia y todo
foe virtual, todo el tiempo teniamos que usar el
telefono y la laptop nos facilito realizar los
trabajos sin problema, siempre he estado
agradecido de tenerlo como hermano, el cuando
digo que ha estado para nosotros es por que
lo ha estado, a lo mejor no todo el tiempo
fisicamente pero siempre esta en darnos lo que
necesitemos, en mis cumpleaños siempre mi

16

mama hacia mi comida favorita y para mi ese es el mejor regalo, mi hermano siempre mandaba y compraba mi pastel que me gustaba, cuando cumpli 18 el me dio una motocicleta y yo estaba muy feliz y agradecido, el siempre trataba de ir cada diciembre para pasar navidad y año nuevo juntos en familia y siempre cada que iba nos traia ropa y calzado para estar siempre vestidos y disfrutar el tiempo que el estaba con nosotros en familia, una de sus metas para el fue traernos aqui a Ustd. para un mejor futuro y lo logro, vuelvo y reitero tomo un papel muy especial en nuestras vidas como un padre, el para mi es a quien le puedo pedir consejos, mi defensor, es como un maestro para mi, por que siempre cuido y apoyo de nosotros sus hermanos, estoy extremadamente agradecido, por que se que el como todas las personas paso por malos momentos, situaciones tristes, y tuvo sus momentos dificiles pero el nunca no los mostro a nosotros y ahora que estoy aqui me doy cuenta, entiendo por que el siempre nos decia cuiden las cosas, por que se como se ganan y el esfuerzo que se hace para conseguirlas el trabajo y dedicacion y se tambien que el pudo haber pasado por personas buenas que lo ayudaron y otras que no, el apesar de todo se mantuvo firme y nunca nos dejo solos, el no es mala persona con los demas, nunca tomo un mal camino de irse y dejarnos solos, gracias a

17

el la vida sin el seria mas dificil y mucho
menos divertida.

Espero y esto sea de ayuda para usted jueza,
estoy de acuerdo y afirmo que todo lo que
dije es veridico.

Nombre: Francisco Javier Cervantes Licea.

Firma: Francisco Javier

Fecha: 10-14-25.

# T R A N S L A T I O N

October 14, 2025

To: Judge Michelle Williams Court.

Hello, how are you?
I am Jose Cervantes' sister. My brother Jose is a good person, someone who has helped us since I have a memory. My brother Jose is very responsible, hardworking, and sociable; he has no vices. My brother Jose supported us from the time we did not hear anything from our dad. He took responsibility of us; he always supported my studies.

When he came to this country and started to work, he would always ask me if I needed anything for school. He bought me a computer so that I could do my schoolwork. When I turned 15 years old, he gave me a motorcycle which served as transportation to school because it was far away.

The goals I have achieved are thanks to him because he gave me the necessary tools to complete my studies, so I was able to graduate from high school. My goals, my achievements and my successes were all thanks to him.

When the month of December approached, I would be so happy because I was going to see him. We would spend every Christmas as a family, and on December 31st we would go to mass to thank God for that year and for the new year. Now that I am in this country, I also thank my brother Jose and my mom for their support. I never imagined I would know a new country and new places. My brother Jose has done a lot for me. He is more than a brother; he is like a father to me. He has always taught us to work hard to achieve our dreams. My brother Jose is a good person, he is an example to follow because his priority was always making sure our family never lacked anything.

I hope that this letter is very helpful.

Cordial greetings,

(signature)
Nancy Guadalupe Cervantes Licea.

Ocubre 14 de 2025

Para : Judge Michelle Williams Court.

Hola que tal
Yo soy la hermana de José Cervantes
mi hermano Jose es una buena persona
que siempre nos a ayudado desde que
tengo memoria. My hermano José el es
una persona Responsable, trabajadora y Sociable
el no tiene ningun vicios. My hermano José
nos apoyo desde que no supimos nada
de mi papá el se hizo responsable de
hosotros el siempre nos apoyo en mis
estudios.
Cuando el vino a este pais y empezo
a trabajar el siempre me preguntaba
que me hacia falta en la escuela
me compro una computadora para que hiciera
la tarea de la escuela Cuando cumpli mis
15 años el me regalo una moto y la moto
me sirvia para irme a la escuela por que
me quedaba lejos
mis metas que he logrado son gracias ael
por que el me dio las herramientas
necesarias para terminar mis estudios y asi
me gradue asta la preparatoria.
mis metas y logros y triunfos fueron
gracias ael.

Cuando se aseraba la fecha de biciembre
estaba tan contenta por que yo lo hiba
aver ya que cada Diciembre pasabamos
la Navidad en familia y el 31 de Diciembre
ibamos a misa agradecerle a Dios por terminar
el año y empezar un año mejor
ahora que estoy en este pais tambien
le doy las gracias por el apoyo a mi
hermano Jose y mi mamá que nunca me
imaginé conocer un nuevo pais y nuevos lugares
mi hermano Jose a hecho mucho por mi
el mas que un hermano es como un
padre para mi el siempre nos a enseñado
a trabajar mucho para cumplir mis sueños
mi hermano José es una buena persona
que es un ejemplo a seguir por que su
prioridad siempre fue que nunca le faltara
nada a la familia
espero que esta carta sirva de mucha
ayuda le mando un Cordealmente saludo

Nancy Guadalupe Cevantes Licea

TRANSLATION

Good morning, Judge Michelle Williams,

I am Jesus Rafael Cervantes Licea, happy to say that I am Jose Cervantes' brother. If I
were asked about my older brother, I would say that I'm very fortunate to have him and
to be able to listen to him and he listened to me. He is the man who has always
supported me and someone I will always support because he has been a second father
to me, and I will never leave him alone no matter what happens. He gave his best years
of life for all of us. He took responsibility of us at a young age. Even though he was still a
boy, after my father's disappearance was confirmed, he took charge of me and my
siblings. He never left my mom alone. He taught me to work and get ahead and to see
life in a different way. I learned so many good things from him about life. I will always be
thankful to my brother because there was some time when my mom was not there nor
my father. He gave me the opportunity to come to this great country and my brother
was always there. My brother is a good man thanks to him and to life he gave me the
opportunity to get ahead, advance and have better opportunities. He was a big example
to follow and my inspiration. He is and will always be the big man because he makes
sure to progress and his only priority is to be financially stable to get ahead and give the
best to his family. He has always given his best to us, the best that our parents taught
us. He will always be close and will support us and we will be there for each other.
Thanks to my brother who has always been attentive to my mom and never neglected
her. He gave us the opportunity to study. I value him and I admire him. I know he is a
great human being; I see how he strives to achieve every one of his goals. I feel proud to
be his brother. He has always been determined to help those in need without expecting
anything in return. God knows and my mother knows that my brother has a big heart.

(illegible signature)
Jesus Rafael Cervantes Licea

Buen dia Juez Michelle Williams El C. Jesús Rafael Cervantes Licea hermano de José Cervantes me da dicha decirlo, si me preguntaran por mi hermano mayor varón diria que soy muy afortunado de tenerlo y poder contar con el de escucharlo y el a mi que es el hombre que siempre me apoya y el cual yo siempre apoyare porque el a sido como mi segundo padre y yo nunca lo dejare solo pase lo que pase a dado sus mejores años de su vida para dar todo por nosotros se hizo responsable de nosotros a su corta edad, siendo aun todavia un niño despues de que mi papá fue dado como ~~desapa~~ desaparesido el se hizo cargo de mi y mis hermanos nunca dejo sola a mi mama el me enseño a trabajar y salir adelante aver la vida de diferente manera de el aprendi tanto bueno de la vida yo siempre voy a estar agradesido con mi hermano porque hubo un mometo donde no estaba mi mama y ni mi papá ya que el medio la gran oportunidad de poder venir a este gran pais y siempre estubo ahi mi hermano es un hombre de bien gracias a el y ala vida me dio la oportunidad de salir adelante progresar tener mejor oportunidades mi gran ejemplo a seguir y mi inspiracion mi hermano es y va ser un hombre muy

grande porque siempre esta al pendiente de progresar y su unico prioridad es tener una estabilidad economica para poder salir adelante y dar lo mejor siempre a su familia el nos siempre a dado lo mejor de el para nosotros lo mejor que mis padres nos enseñaron a mi y a mis hermanos es siempre estar unidos y apoyarnos estar el uno para el otro gracias a mi hermano que siempre estuvo al pendiente de mi mama y nunca la dejo desamparada fue hasi que nos dio la oportunidad de estudiar lo valoro lo admiro se que es un gran ser humano veo como se esfuerza y va logrando cada una de sus metas que orgulloso me siento de que sea mi hermano siempre se a empenado a ayudar a quien lo nesecite sin esperar algo acambio dios sabe y mimadre el gran corazon que tiene mi hermano

Jesús Rafael Cervantes Licea

# T R A N S L A T I O N

Honorable Judge Michelle Williams,

I write about my brother Jose Cervantes Licea because I want you to understand the kind of person that he is. I have always admired him very much. He is responsible, hardworking and with strong morals. From a young age he took the responsibility to be the support of the family. He became our guide and supported the family in difficult times; it is not that he chose it, it is the way he has lived all his life. He has always behaved with integrity, respect, and responsibility. He is a good son, a helping brother, someone you can always trust, a loving uncle. He brings happiness to everyone. Even when he faces his own challenges he never ceases to provide and protect those around him. Honesty and dedication represent his character. He was instilled these values since childhood. I have witnessed his strength, and I can say that he is a principled man who puts great effort in what he does. I'm proud of my brother and of all his achievements, like his constant support and he is always there when you need him. This is the kind of man my brother is.

Respectfully,
Nancy G. Cervantes
(illegible signature)

Su Señoria, Michelle Williams

Le escribo sobre mi hermano José Cervantes Licea porque quiero que comprenda que tipo de persona es. Siempre ha sido alguien a quien admiro mucho. El es una persona responsable, trabajador y una fuerte moral. Desde joven asumió la responsabilidad de ser el soporte de la familia. Se convirtió en nuestra guía y sostuvo la familia en tiempos difíciles, no es que eligiera es la manera en que ha vivido toda su vida. El siempre se ha comportado con integridad, respeto y responsabilidad. Es un buen hijo, un hermano solidario en quien siempre se puede confiar, un tío cariñoso, trae alegría a todos. Incluso cuando enfrenta sus propios desafíos nunca deja de proveer y proteger a quienes lo rodean, su carácter refleja honestidad y dedicación esos son los valores que ha sido educado desde la infancia, he sido testigo de su fortaleza y puedo decir que es un hombre de principios que se esfuerza por lo que hace. Me siento orgullosa de mi hermano y de todos sus logros. Como nuestro constante apoyo y siempre esta cuando se le necesita. Esa es la clase de hombre que es mi hermano.

Respetuosamente,
Nancy G. Cervantes



**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**COURT INTERPRETER SERVICES**
213-894-4370
FAX 213-894-5483

## DECLARATION OF INTERPRETER

I, the undersigned, say:

I am an official court interpreter of English and _____ Spanish _____.
I certify that the attached translation from _____ Spanish _____ into _____ English _____
is true and correct to the best of my abilities and belief.

### Description of Document(s)

Eight letters on behalf of defendant Jose Cervantes Licea.

Executed under penalty of perjury on _____ January 9, 2026 _____ at _____ Riverside _____,
California.

Patricia Bianchi
_____          _____
Name of Interpreter                                 Signature of Interpreter

Case Name:      USA v Jose Cervantes Licea
Case Number:    2:25-CR-00602-MWC
Ordered by:     The Office of the Public Defender
File Name:      LACR25-602MWC.pdf
Words/Pages:    12/4065

I-01 (06/24)                            DECLARATION OF INTERPRETER