# EXHIBIT G



Dear Judge Court

    My name is Rosana Martinez. I am currently Jose Cervantez Manager at Jack's Car Wash. I have known Jose for 12 years, and in those 12 years he has been an incredible employee and is a respectful loving person. I have seen him growing up coming to our business looking for work while still attending high school. Over the years I seen him become a man from a young boy to a loving husband and father. He also helps not just by being a regular employee but also has help the business after hours with repair and maintenance. His action for the day of the incident where wrong, but at that moment I believe he was caring for his fellow co-workers because he does come from a family of immigrants and they are all trying to live the American dream.

Sincerely,

*[signature]*

Rosana Martinez



Dear Judge Court

My name is Eldon Neesan. I am the owner of Jack's Car Wash and current employer of Jose. I have known Jose for about 12 years. Since he began working for me, he has always been a good employee, respectful honest man. He has always shown hard working skills determination and perseverance. In dire situation where I needed extra help, he was always available even when he did not have the proper skills, he was determine to learn and help me out. People in life make mistakes, and some learn from them and others don't. Jose is a righteous person that admits to his mistakes and wrong doings and learns from those mistakes and can become a better person in life.

Sincerely,

Eldon Neesan

October 1, 2025

Dear Judge Court,

I am writing on behalf of Jose Cervantes with the hopes that he will be seen in a positive light.

Our family owned a manufacturing business in the city of Los Angeles for appromiately 107 years before closing around two years ago. Jose was employed by our company, Perfection Machine and Tool Works, for many years, and if it wasn't for closing, would still have a position within our company.

Jose was an exemplary employee, smart, extremely capable, hard-working, and never late, but beyond that, always had a smile on his face and was kind and respectful. He was very proud of his wife and child and would share pictures of his growing family.

I am saddened to hear of Jose's prediciment but I can attest to his strong, ethical character. Please let me know if you need to hear anything else from me. I can be reached at ▮▮▮-▮▮▮.

Respectfully,

Karen Hix

Dear Judge Court,

I am writing this letter on behalf of Jose Cervantes, with the hopes of showing his character and to view him in a positive light.

I met Jose Cervantes, back in 2017 when we both worked at Perfection Machine and Tool Works. At that time, I was his immediate supervisor up until I left the company on December 31st 2023. During those 6 years that we worked together, Jose was an extraordinary employee. He showed that he is a hardworking, family oriented, honest and good person. Never had a problem, with him being violent, aggressive or malicious. He was always the first one to follow and respect any new company policies or schedule changes. He was always punctual and always ready to help his fellow co-workers.

Also in early 2023, I recommended Jose to my former landlord, so we can rent the apartment that he is currently living in. I personally do not like to recommend people to others, because of how untrustworthy people are and end up making one look bad for recommending them. Jose is an expectation, like i mentioned before, he has shown time and time again to be a good and honest person who does not look for trouble. Just like the majority of us, he is just trying to provide for his family and enjoy life.

Jose is a good man and a good friend. He is one of the most moral based men that I have met and it is unfortunate that he is entangled in this predicament. I hope that this letter has shed some light into Jose's character and his moral values. If you have any questions, please feel free to contact me at ▓▓▓▓▓▓▓.

Best Regards,
Juan De Simon

**Jose Santana**

Bell Gardens, CA
Phone:

**RE: Character Reference for Mr. Jose Cervantes**

Dear Honorable Judge,

I am writing this letter on behalf of Mr. Jose Cervantes, whom I have known for more than 15 years. Over this time, I have had the opportunity to know him both as a neighbor and as a co-worker. Jose and I worked together at a sheet metal company for over five years, where I was able to observe firsthand his strong work ethic, integrity, and professionalism.

Throughout the years, Jose has consistently demonstrated himself to be a respectful, fair, and trustworthy individual. He is the kind of person who takes pride in his work and carries himself with honesty and humility. As a colleague, he was dependable and considerate toward others, always willing to lend a helping hand when needed. As a neighbor and friend, Jose has always been kind, courteous, and respectful.

Jose is a proud American citizen, born and raised in the State of California. He has spent his entire life here contributing to his community and the local economy through hard and honest work. He is deeply devoted to his family and has continually worked to provide them with a stable and supportive home environment.

Furthermore, it is my understanding that Jose has maintained a clean record throughout his life. He has never been in trouble with the law and has no misdemeanors, felonies, or unpaid civil, county, state, or federal citations. He exemplifies what it means to be a law-abiding and responsible citizen.

In my opinion, Mr. Cervantes represents the values of integrity, hard work, and community responsibility. He is a role model for others and someone who reflects the qualities of a good father, friend, and member of society.

If you require any additional information or would like to speak with me further regarding his character, please do not hesitate to contact me. I would be more than happy to provide any additional details.

Respectfully,

*Jose Santana*

**Jose Santana**